**SO ORDERED**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  12–30371 – JS    Chapter:  13

Anthony Williams
1278 Walker Avenue
Baltimore, MD 21239

### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
### UPON FAILURE TO AMEND AND
### NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on January 24, 2013, the Debtor(s) was/were given leave to file an amended plan by February 7, 2013, or to dismiss or convert this case to another chapter. Debtor(s) has/have failed to do so.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of **$0.00** and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor(s)
     Attorney for Debtor(s) – James R. Logan
     Chapter 13 Trustee – Ellen W. Cosby

### End of Order

18.2 – *gdickerson*